**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWA HYUN KIM, <br><br> Plaintiff(s), <br><br> v. <br><br> VINH THI NGUYEN, et al., <br><br> Defendant(s). | Case No. SACV-19-01047-R-JEM <br><br> **ORDER OF DISMISSAL** <br> **BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than **September 3, 2019** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 4, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE